663 A.2d 1351

NEW JERSEY DEPARTMENT OF THE TREASURY, ET AL. v. BOARD OF EDUCATION OF NEWARK, ET AL.

June 21, 1995.

## ORDER

Leave to appeal is granted.